STATE OF MAINE
KENNEBEC, SS.

STATE OF MAINE

v.

JACOB D. RUSSELL,

Defendant

SUPERIOR COURT
CRIMINAL ACTION
Docket No.   CR-11-378
MMM – KEN – 5/4/2012

**ORDER ON MOTION TO
SUPPRESS STATEMENTS**

The court had on this date the opportunity to listen to the audio recording.  The court has also reviewed the transcript of the testimony of Detective Kenneth MacMaster taken on January 5, 2012, and has also considered the medical record of the defendant over State's objection (Sebasticook Valley Hospital E.R. Note, Dr. Tritch, appended to defense memoranda).  The court has also considered the parties written arguments.

The State must prove that the statements made to Detective MacMaster were voluntary beyond a reasonable doubt.  *State v. Curtis*, 552 A.2d 530 (Me. 1988).  The court must look at the "totality of the circumstances" to determine if the statements are "the result of defendant's exercise of his free will and rational intellect."  *State v. Smith*, 615 A.2d 1162 (Me. 1992); *State v. Caouette*, 446 A.2d 1120, 1123-24 (Me. 1983).

The court finds that the statements were voluntary beyond a reasonable doubt.  The defendant, while tired and at times and emotional, gave answers that were responsive and intelligible.  He readily engaged with the officer.  He did not seek relief from conditions or ask for any assistance.  While the officer was aggressive at times in his questioning, and accusatory, the court finds that he was not coerced into making

statements. The defendant himself turned off the machine when he no longer wanted to answer questions.

The entry will be:

Motion to Suppress Statements is DENIED.

DATED:
5/4/12

M. Michaela Murphy
Justice, Maine Superior Court

2

STATE OF MAINE
  vs
JACOB   RUSSELL
PO BOX 160
BASS HARBOR ME 04653

SUPERIOR COURT
KENNEBEC, ss.
Docket No   AUGSC-CR-2011-00378

**DOCKET RECORD**

DOB: 03/31/1985
Attorney: LISA WHITTIER                          State's Attorney: EVERT FOWLE
          LAW OFFICE OF LISA W D WHITTIER, ESQ
          72 WINTHROP STREET SUITE 2
          AUGUSTA ME 04330
          APPOINTED 05/25/2011
Attorney: WILLIAM BAGHDOYAN
          WILLIAM BAGHDOYAN, ATTORNEY AT LAW
          72 WINTHROP STREET SUITE 2
          AUGUSTA ME 04330
          APPOINTED 04/03/2012

Filing Document: CRIMINAL COMPLAINT              Major Case Type: FELONY (CLASS A,B,C)
Filing Date: 05/23/2011

## Charge(s)

1   DRIVING TO ENDANGER                          05/22/2011 AUGUSTA
Seq 1232   29-A  2413(1)            Class E
   WALKER               / AUG

2   AGGRAVATED CRIMINAL MISCHIEF                 05/22/2011 AUGUSTA
Seq 779    17-A  805(1)(A)          Class C
   WALKER               / AUG

3   FAILING TO NOTIFY OF MOTOR VEHICLE           05/22/2011 AUGUSTA
    ACCIDENT
Seq 1186  29-A  2255(1)             Class E
   WALKER               / AUG

4   THEFT BY UNAUTHORIZED TAKING OR TRANSFER     05/22/2011 AUGUSTA
Seq 8427   17-A  353(1)(B)(4)       Class C
   WALKER               / AUG

5   BURGLARY OF A MOTOR VEHICLE                  05/22/2011 AUGUSTA
Seq 10928 17-A  405(1)(A)           Class D
   WALKER               / AUG

6   OPERATE WHILE LICENSE SUSPENDED OR           05/22/2011 AUGUSTA
    REVOKED, PRIOR
Seq 9891  29-A  2412-A(1-A)(D)      Class E
   WALKER               / AUG

7   BURGLARY OF A MOTOR VEHICLE                  05/22/2011 AUGUSTA
Seq 10928 17-A  405(1)(A)           Class D
   WALKER               / AUG

8   THEFT BY UNAUTHORIZED TAKING OR TRANSFER     05/22/2011 AUGUSTA
Seq 8423  17-A  353(1)(A)           Class E  Charged with INDICTMENT on Supplem

9   DRIVING TO ENDANGER                         05/22/2011 AUGUSTA
Seq 1232  29-A  2413(1)              Class E  Charged with SUPERSEDING INDICTMEN
   MACMASTER              / MFM

10  THEFT BY UNAUTHORIZED TAKING OR TRANSFER   05/22/2011 CHINA
Seq 8427  17-A  353(1)(B)(4)         Class C  Charged with SUPERSEDING INDICTMEN
   MACMASTER              / MFM

11  BURGLARY OF A MOTOR VEHICLE                 05/22/2011 CHINA
Seq 10928 17-A  405(1)(A)            Class D  Charged with SUPERSEDING INDICTMEN
   MACMASTER              / MFM

12  THEFT BY UNAUTHORIZED TAKING OR TRANSFER   05/22/2011 WINSLOW
Seq 8427  17-A  353(1)(B)(4)         Class C  Charged with SUPERSEDING INDICTMEN
   MACMASTER              / MFM

13  BURGLARY OF A MOTOR VEHICLE                 05/22/2011 WINSLOW
Seq 10928 17-A  405(1)(A)            Class D  Charged with SUPERSEDING INDICTMEN
   MACMASTER              / MFM


## Docket Events:

05/23/2011 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 05/23/2011

05/23/2011 Charge(s): 1,2,3,4,5,6,7
           HEARING -  INITIAL APPEARANCE SCHEDULED FOR 05/23/2011 at 01:00 p.m.

           NOTICE TO PARTIES/COUNSEL
05/24/2011 Charge(s): 1,2,3,4,5,6,7
           HEARING -  INITIAL APPEARANCE HELD ON 05/23/2011

05/24/2011 Charge(s): 1,2,3,4,5,6,7
           HEARING -  STATUS CONFERENCE SCHEDULED FOR 07/26/2011 at 10:00 a.m.

05/24/2011 Charge(s): 1,2,3,4,5,6,7
           PLEA -  NO ANSWER ENTERED BY DEFENDANT ON 05/23/2011

05/24/2011 BAIL BOND - $10,000.00 CASH BAIL BOND SET BY COURT ON 05/23/2011
           M MICHAELA MURPHY , JUSTICE
           OR 100,000.00 SURETY  NO USE OR POSSESSION OF INTOXICANTS AND RANDOM SEARCH AND TEST FOR
           THE SAME. NO CONTACT WITH DEBRA GOSSELIN, KENNETH AND LINDA WARD AND JONATHAN WOODS NOT TO
           OPERATE A M/V WITH A VALID LICENSE. MAY BE REVIEWED.
05/24/2011 Charge(s): 1,2,3,4,5,6,7
           MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 05/23/2011

05/25/2011 Charge(s): 1,2,3,4,5,6,7
           MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 05/25/2011
           M MICHAELA MURPHY , JUSTICE
           COPY TO PARTIES/COUNSEL
05/25/2011 Party(s): JACOB RUSSELL
           ATTORNEY -  APPOINTED ORDERED ON 05/25/2011

```
           Attorney:  LISA WHITTIER
05/25/2011 Charge(s): 1,2,3,4,5,6,7
           HEARING -  STATUS CONFERENCE NOTICE SENT ON 05/25/2011


06/24/2011 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 06/23/2011


06/28/2011 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 07/07/2011 at 09:00 a.m.

           NOTICE  TO PARTIES/COUNSEL
07/07/2011 HEARING -  MOTION TO AMEND BAIL HELD ON 07/07/2011
           JOHN  NIVISON , JUSTICE
           Defendant Present in Court
07/07/2011 MOTION -  MOTION TO AMEND BAIL DENIED ON 07/07/2011
           JOHN  NIVISON , JUSTICE
           COPY TO PARTIES/COUNSEL                                      MAY BE REVIEWED
           IF MORE INFORMATION IF FILED REGARDING IN-PATIENT TREATMENT
07/26/2011 Charge(s): 1,2,3,4,5,6,7
           HEARING -  STATUS CONFERENCE HELD ON 07/26/2011
           JOHN  NIVISON , JUSTICE
           Attorney:  LISA WHITTIER
           DA:  BRAD GRANT         Reporter: TAMMY DROUIN
           Defendant Present in Court
07/26/2011 Charge(s): 1,2,3,4,5,6,7
           HEARING -  STATUS CONFERENCE SCHEDULED FOR 08/09/2011 at 10:00 a.m.


07/26/2011 Charge(s): 1,2,3,4,5,6,7
           HEARING -  STATUS CONFERENCE NOTICE SENT ON 07/26/2011


07/29/2011 Charge(s): 1,2,3,4,5,6,7
           HEARING -  STATUS CONFERENCE NOT HELD ON 07/28/2011


07/29/2011 Charge(s): 1,2,3,4,5,6,7,8
           SUPPLEMENTAL FILING -  INDICTMENT FILED ON 07/28/2011


07/29/2011 Charge(s): 1,2,3,4,5,6,7,8
           HEARING -  ARRAIGNMENT SCHEDULED FOR 08/09/2011 at 08:30 a.m.


07/29/2011 Charge(s): 1,2,3,4,5,6,7,8
           HEARING -  ARRAIGNMENT NOTICE SENT ON 08/01/2011


08/09/2011 MOTION -  MOTION FOR MENTAL EXAMINATION FILED BY DEFENDANT ON 08/08/2011


08/09/2011 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 08/08/2011


08/09/2011 Charge(s): 1,2,3,4,5,6,7,8
           HEARING -  ARRAIGNMENT HELD ON 08/09/2011
           M MICHAELA MURPHY , JUSTICE
           Defendant Present in Court


           READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
           DEFENDANT.  21 DAYS TO FILE MOTIONS
08/09/2011 Charge(s): 1,2,3,4,5,6,7,8
```

PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 08/09/2011

08/09/2011 Charge(s): 1,2,3,4,5,6,7,8
TRIAL -  DOCKET CALL SCHEDULED FOR 10/04/2011 at 03:00 p.m.

08/15/2011 MOTION -  MOTION FOR MENTAL EXAMINATION GRANTED ON 08/10/2011
M MICHAELA MURPHY , JUSTICE
COPY SENT TO STATE FORENSIC SERVICE
08/30/2011 LETTER -  FROM NON-PARTY FILED ON 08/26/2011

NOTICE FILED BY  STATE FORENSIC SERVICE INDICATING COMPETENCY EXAM SCHEDULE FOR 9/6/11 AT
8:30 AM.
09/22/2011 PSYCHIATRIC EXAM -  COMPETENCY EVALUATION REPORT FILED ON 09/22/2011

COMPETENCY REPORT FILED IMPOUNDED.                              COPY GIVEN IN
HAND TO ATTY WHITTIER ON 10/31/11.
09/26/2011 MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 09/23/2011

Attorney:  LISA WHITTIER
09/28/2011 MOTION -  MOTION TO CONTINUE FILED BY DEFENDANT ON 09/28/2011

Attorney:  LISA WHITTIER
09/28/2011 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 09/28/2011

Attorney:  LISA WHITTIER
10/05/2011 MOTION -  MOTION TO CONTINUE GRANTED ON 10/04/2011
NANCY  MILLS , JUSTICE
COPY TO PARTIES/COUNSEL
10/05/2011 Charge(s): 1,2,3,4,5,6,7,8
TRIAL -  DOCKET CALL CONTINUED ON 10/04/2011

10/05/2011 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 10/04/2011

NOTICE  TO PARTIES/COUNSEL
10/05/2011 HEARING -  MOTION TO AMEND BAIL HELD ON 10/04/2011
NANCY  MILLS , JUSTICE
Defendant Present in Court
10/05/2011 MOTION -  MOTION TO AMEND BAIL DENIED ON 10/04/2011
NANCY  MILLS , JUSTICE
COPY TO PARTIES/COUNSEL
10/05/2011 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 12/06/2011 at 02:30 p.m.

NOTICE  TO PARTIES/COUNSEL
11/07/2011 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 12/06/2011 at 02:30 p.m.

NOTICE  TO PARTIES/COUNSEL
12/07/2011 HEARING -  MOTION FOR DISCOVERY CONTINUED ON 12/06/2011

12/07/2011 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 12/08/2011 at 01:00 p.m.

NOTICE  TO PARTIES/COUNSEL
12/07/2011 HEARING -  MOTION TO SUPPRESS CONTINUED ON 12/06/2011

12/07/2011 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 12/08/2011 at 01:00 p.m.

            NOTICE  TO PARTIES/COUNSEL
12/07/2011 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 12/05/2011

            MOTION FOR DISCOVERY EXPERT
12/07/2011 HEARING -  OTHER MOTION SCHEDULED FOR 12/08/2011 at 01:00 p.m.

            MOTION FOR DISCOVERY EXPERT
12/07/2011 MOTION -  MOTION TO DISMISS FILED BY DEFENDANT ON 12/05/2011

12/07/2011 HEARING -  MOTION TO DISMISS SCHEDULED FOR 12/08/2011 at 01:00 p.m.

            NOTICE  TO PARTIES/COUNSEL
12/07/2011 MOTION -  MOTION BILL OF PARTICULARS FILED BY DEFENDANT ON 12/05/2011

12/07/2011 HEARING -  MOTION BILL OF PARTICULARS SCHEDULED FOR 12/08/2011 at 01:00 p.m.

12/08/2011 MOTION -  MOTION TO CONTINUE FILED BY STATE ON 12/08/2011

12/08/2011 MOTION -  MOTION FOR DISCOVERY FILED BY STATE ON 12/08/2011

12/09/2011 MOTION -  MOTION TO CONTINUE GRANTED ON 12/08/2011
            M MICHAELA MURPHY , JUSTICE
            COPY TO PARTIES/COUNSEL
12/09/2011 HEARING -  MOTION BILL OF PARTICULARS CONTINUED ON 12/08/2011

12/09/2011 HEARING -  MOTION BILL OF PARTICULARS SCHEDULED FOR 01/03/2012 at 03:00 p.m.

12/09/2011 HEARING -  MOTION TO DISMISS CONTINUED ON 12/08/2011

12/09/2011 HEARING -  MOTION TO DISMISS SCHEDULED FOR 01/03/2012 at 03:00 p.m.

            NOTICE  TO PARTIES/COUNSEL
12/09/2011 HEARING -  OTHER MOTION CONTINUED ON 12/08/2011

            MOTION FOR DISCOVERY EXPERT
12/09/2011 MOTION -  MOTION FOR DISCOVERY GRANTED ON 12/08/2011
            M MICHAELA MURPHY , JUSTICE
            COPY TO PARTIES/COUNSEL
12/09/2011 HEARING -  MOTION TO SUPPRESS CONTINUED ON 12/08/2011

12/09/2011 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 01/03/2012 at 03:00 p.m.

            NOTICE  TO PARTIES/COUNSEL
12/09/2011 HEARING -  OTHER MOTION SCHEDULED FOR 01/03/2012 at 03:00 p.m.

            MOTION FOR EXPERT
12/09/2011 HEARING -  MOTION FOR DISCOVERY HELD ON 12/08/2011
            M MICHAELA MURPHY , JUSTICE
            Defendant Present in Court
01/03/2012 MOTION -  MOTION TO DISMISS FILED BY DEFENDANT ON 01/03/2012

DEADLINE TO FILE BRIEFS MAY 15, 2012 FOR BOTH MOTIONS TO DISMISS, BRIEFS DUE BY ALL
PARTIES
01/03/2012 HEARING - MOTION TO DISMISS SCHEDULED FOR 01/05/2012 at 10:00 a.m.

NOTICE TO PARTIES/COUNSEL
01/03/2012 HEARING - OTHER MOTION SCHEDULED FOR 01/05/2012 at 10:00 a.m.

MOTION FOR EXPERT
01/03/2012 HEARING - MOTION TO SUPPRESS CONTINUED ON 01/03/2012

01/03/2012 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 01/05/2012 at 10:00 a.m.

NOTICE TO PARTIES/COUNSEL
01/03/2012 HEARING - MOTION BILL OF PARTICULARS CONTINUED ON 01/03/2012

01/03/2012 HEARING - MOTION BILL OF PARTICULARS SCHEDULED FOR 01/05/2012 at 10:00 a.m.

01/04/2012 Charge(s): 1,2,3,4,5,6,7,8
TRIAL - JURY TRIAL SCHEDULED FOR 01/06/2012 at 08:30 a.m.

NOTICE TO PARTIES/COUNSEL
01/05/2012 Charge(s): 1,2,3,4,5,6,7,8
TRIAL - JURY TRIAL CONTINUED ON 01/05/2012

01/05/2012 Charge(s): 1,2,3,4,5,6,7,8
TRIAL - DOCKET CALL SCHEDULED FOR 03/06/2012 at 02:30 p.m.

01/11/2012 OTHER FILING - MEMORANDUM OF LAW FILED ON 01/11/2012

DA: PAUL RUCHA
STATE'S MEMORANDUM FILED REGARDING DEFENDANT'S MOTION TO SUPPRESS
01/13/2012 OTHER FILING - MEMORANDUM OF LAW FILED ON 01/13/2012

Attorney: LISA WHITTIER
MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS
01/27/2012 ORDER - TRANSCRIPT ORDER FILED ON 01/27/2012

01/30/2012 ORDER - TRANSCRIPT ORDER FILED ON 01/27/2012
M MICHAELA MURPHY , JUSTICE
MOTION FOR TRANSCRIPT AT STATE EXPENSE GRANTED. MAILED TO TRANSCRIPT ON 1/30/12.
02/03/2012 HEARING - OTHER MOTION CONTINUED ON 01/05/2012

MOTION FOR EXPERT
02/03/2012 HEARING - MOTION TO DISMISS CONTINUED ON 01/05/2012

02/03/2012 HEARING - OTHER MOTION CONTINUED ON 01/05/2012

MOTION FOR EXPERT
02/03/2012 HEARING - MOTION TO DISMISS CONTINUED ON 01/03/2012

02/03/2012 HEARING - MOTION TO SUPPRESS HELD ON 01/05/2012

02/03/2012 HEARING - MOTION BILL OF PARTICULARS HELD ON 01/05/2012

02/03/2012 MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 01/05/2012
        M MICHAELA MURPHY , JUSTICE
02/03/2012 CASE STATUS - CASE FILE LOCATION ON 01/05/2012

        UNDER ADVISEMENT WITH JUSTICE MURPHY
02/16/2012 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13
        SUPPLEMENTAL FILING - SUPERSEDING INDICTMENT FILED ON 02/09/2012

02/16/2012 Charge(s): 1,2,3,4,5,6,7,8
        TRIAL - DOCKET CALL NOTICE SENT ON 02/16/2012

02/16/2012 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13
        TRIAL - DOCKET CALL SCHEDULED FOR 03/06/2012 at 02:30 p.m.

02/16/2012 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13
        TRIAL - DOCKET CALL NOTICE SENT ON 02/16/2012

02/16/2012 Charge(s): 1,2,3,4,5,6,7,8
        TRIAL - DOCKET CALL NOT HELD ON 02/16/2012

02/24/2012 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13
        HEARING - ARRAIGNMENT SCHEDULED FOR 03/06/2012 at 02:30 p.m. in Room No.  1

02/24/2012 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13
        TRIAL - DOCKET CALL NOT HELD ON 02/24/2012

02/27/2012 LETTER - REQUEST FOR PROTECTION FILED ON 02/27/2012

03/01/2012 OTHER FILING - OTHER DOCUMENT FILED ON 02/29/2012

        EXPERT REPORT
03/06/2012 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13
        HEARING - ARRAIGNMENT HELD ON 03/06/2012
        NANCY MILLS , JUSTICE
        Attorney: LISA WHITTIER
        DA:  PAUL RUCHA
        Defendant Present in Court

        READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
        DEFENDANT.  21 DAYS TO FILE MOTIONS                    TAPE#1505, INDEX#940
03/06/2012 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13
        PLEA - NOT GUILTY ENTERED BY DEFENDANT ON 03/06/2012

03/06/2012 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13
        TRIAL - DOCKET CALL SCHEDULED FOR 04/03/2012 at 01:30 p.m.

03/12/2012 BAIL BOND - $10,000.00 CASH BAIL BOND AMENDED ON 03/06/2012
        NANCY MILLS , JUSTICE
        OR 100,000 SURETY, NOT TO USE OR POSSESS ANY ALCOHOL OR ILLEGAL DRUGS, SUBMIT TO SEARCH
        AND TESTING AT ANY TIME WITHOUT PROBABLE CAUSE, NO CONTACT WITH DEBRA GOSSELIN, KENNETH
        AND LINDA WARD, JONATHAN WOODS, JENNY PISCULLI, JOSEPH LABBE OR KELLY POULIN AND NOT TO
        ENTER ANY RESIDENCE, PLACE OF EMPLOYMENT OR PLACE OF EDUCATION, NOT TO OPERATE ANY MOTOR

VEHICLE UNLESS LAWFULLY LICENSED
03/22/2012 OTHER FILING - TRANSCRIPT FILED ON 03/22/2012

FILED BY BRENDA CHENEY.
03/28/2012 LETTER - REQUEST FOR PROTECTION FILED ON 03/26/2012

04/02/2012 LETTER - FROM PARTY FILED ON 03/30/2012

Attorney: LISA WHITTIER
LETTER FILED INDICATING MCILS HAS APPROVED FUNDS TO HAVE ATTY BAGHDOYAN APPOINTED AS CO COUNSEL.
04/03/2012 Charge(s): 1,2,3,4,5,6,7,8,9,10,11,12,13
TRIAL - DOCKET CALL HELD ON 04/03/2012
NANCY MILLS , JUSTICE
Defendant Present in Court
04/03/2012 HEARING - MOTION TO DISMISS SCHEDULED FOR 05/15/2012 at 10:00 a.m.

NOTICE TO PARTIES/COUNSEL
04/03/2012 Party(s): JACOB RUSSELL
ATTORNEY - APPOINTED ORDERED ON 04/03/2012

Attorney: WILLIAM BAGHDOYAN
04/03/2012 HEARING - MOTION TO DISMISS NOTICE SENT ON 05/04/2012

05/04/2012 MOTION - MOTION TO SUPPRESS DENIED ON 05/04/2012
M MICHAELA MURPHY , JUSTICE
COPY TO PARTIES/COUNSEL
05/08/2012 CASE STATUS - CASE FILE RETURNED ON 05/08/2012

05/08/2012 ORDER - COURT ORDER FILED ON 05/04/2012
M MICHAELA MURPHY , JUSTICE
ORDER ON MOTION TO SUPPRESS STATEMENTS, MOTION TO SUPPRESS IS DENIED

A TRUE COPY
ATTEST: _____
Clerk